# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0885

_____

GABRIEL DE LAS SALAS,

   Appellant,

   v.

CITIZENS PROPERTY INSURANCE
CORPORATION,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
James Lee Marsh, Judge.

November 19, 2025

PER CURIAM.

   AFFIRMED. *See Kaiser v. Citizens Property Insurance Corporation*, 1D24-0884 (Fla. 1st DCA 2025) (companion case where judgment affirmed for Citizens against appellant's settlement payment-interest claim brought under an insurance policy that was superseded by the parties' execution of a broadly framed settlement and release agreement).

OSTERHAUS, C.J., and KELSEY and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Adam Abraham Schwartzbaum of Edelsberg Law, Miami; Andrew John Shamis of Shamis & Gentile, P.A., Miami; Scott Adam Edelsberg of Edelsberg Law, Aventura; Edwin Eliu Elliott of Shamis & Gentile, P.A., Miami; and Michael Alan Cassel of Cassel & Cassel, P.A., Hollywood, for Appellant.

Russell Scott Kent of Citizens Property Insurance Corporation, Tallahassee; Jason Brent Gonzalez of Lawson Huck Gonzalez, PLLC, Tallahassee; Raymond Lee Cordova of Lawson Huck Gonzalez, PLLC, Tallahassee; and Mathew Daniel Gutierrez of Lawson Huck Gonzalez, PLLC, Coral Gables, for Appellee.